No. 12–875. HOVEM ET AL. *v.* KLEIN INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied. 

No. 12–876. ATLANTIC STATES CAST IRON PIPE CO. ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 12–881. HARRIS *v.* HALL. Ct. App. Tenn. Certiorari denied.

No. 12–898. WESTERN RADIO SERVICES CO., INC. *v.* CENTURY-TEL OF EASTERN OREGON, INC., ET AL. C. A. 9th Cir. Certiorari denied. 

No. 12–903. ABHYANKAR *v.* BRAZELTON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–906. IQBAL *v.* HOLDER, ATTORNEY GENERAL, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 12–920. SILVA *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied. 

No. 12–931. ARTZ *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–933. WALDMAN ET AL. *v.* STONE. C. A. 6th Cir. Certiorari denied. 

No. 12–946. BRITT *v.* GENERAL STAR INDEMNITY CO. C. A. 2d Cir. Certiorari denied. 

No. 12–951. LANEY *v.* AVIS RENT A CAR SYSTEM, INC. C. A. 5th Cir. Certiorari denied.

No. 12–958. SEBBA *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 12–961. BAYOU STEEL CORP. ET AL. *v.* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA. C. A. 5th Cir. Certiorari denied. 

No. 12–963. MOE *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.